UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL POSTAL PROFESSIONAL NURSES, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-0648  (PLF) |
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss for failure to state a claim [3] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of the Court;  and it is

FURTHER ORDERED that this Order and Judgment shall constitute FINAL JUDGMENT in this case.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 8, 2006